LAURA E. DUFFY
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California Bar No. 239764
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel.: (619) 546-6758/(619) 546-0631 (Fax)
aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

13 MAR 19 PM 4:03

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PEDRO MILLAN (1)
aka "Aurelio Delgado,"
CARLOS CONTRERAS SANCHEZ (2),
LAURA MILLAN (3),
PRINCETON BEON FRANKS (4),
aka "P,"
aka "Pastor P,"
EDUARDO SANCHEZ (5),
GILBERTO LAMAS (6),
ADOLFO SIORDIA (7),
ROSITA EUNICE CORRALES (8),
NICHOLAS OLIVERI (9),
WILLIAM KILMER (10),
STEPHANIE CLEVELAND (11),
JAMES CHEEVERS (12),
aka "Shorty,"
RAYMOND LOPEZ (13),
JASMINE MILLAN (14),
DANIEL ENRIQUE MILLAN-AISPURO (15),
ASCARELLI LOPEZ (16),

Defendants.

Criminal Case No. 13CR0492GPC

PROTECTIVE ORDER

Under Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations,

IT IS HEREBY ORDERED that the defendants, their counsel of record, and the counsels' assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the United States in the above-captioned matter, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

Under Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter collectively referred to as "the United States") and their assistants, the defendant, their counsel and their assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the United States from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in the investigation or prosecution of the case.

Nothing contained herein shall prevent the United States, or any defendant or their counsel, from disclosing such discovery material to any other attorneys working for the United States, the defendant or their counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the United States or the defendant and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the United States and its assistants only, in other criminal investigations, without prior court order.

Further, nothing contained herein shall preclude the United States, defendant or their counsel, or their respective assistants from conducting a normal investigation of the facts of this case on behalf of the United States or the defendant, or with respect to the United States and its assistants only, from conducting an investigation

of other criminal activity, including interviewing witnesses disclosed by discovery materials, or from taking statements from witnesses disclosed by discovery materials, or from asking witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the United States, the defendant or their counsel, or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the United States within ten (10) days.

Defense counsel and the United States shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: March 18, 2013

Hon. GONZALO P. CURIEL
United States District Judge

I consent to the entry of the foregoing protective order.

DATE: March 15, 2013

AARON B. CLARK
Assistant United States Attorney

DATE: February ___, 2013

LISA KAY BAUGHMAN
Attorney for Jasmine Millan

//

//

criminal activity, including interviewing witnesses disclosed by discovery materials, or from taking statements from witnesses disclosed by discovery materials, or from asking witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the United States, the defendant or their counsel, or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the United States within ten (10) days.

Defense counsel and the United States shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: ~~February~~ March 18, 2013

Hon. GONZALO P. CURIEL
United States District Judge

I consent to the entry of the foregoing protective order.

DATE: February___, 2013

AARON B. CLARK
Assistant United States Attorney

DATE: February 25, 2013

LISA KAY BAUGHMAN
Attorney for Jasmine Millan

//

//

DATE: ~~February~~ March 11, 2013

JULIE A. BLAIR
Attorney for Ascarelli Lopez

DATE: February ___, 2013

BENJAMIN L. COLEMAN
Attorney for Daniel Enriquez Millan-Aispuro

DATE: February ___, 2013

JANICE M. DEATON
Attorney for Raymond Lopez

DATE: February ___, 2013

AMY F. KIMPEL
Attorney for Adolfo Siordia

DATE: February 26, 2013

STEVEN E. FELDMAN
Attorney for Nicholas Oliveri

DATE: February 25, 2013

BRIAN P. FUNK
Attorney for Laura Millan

DATE: February 25, 2013

PATRICK Q. HALL
Attorney for William Kilmer

DATE: February 26, 2013

GREGORY D. OBENAUER
Attorney for Pedro Millan

//

DATE: February ___, 2013

______________________________

JULIE A. BLAIR
Attorney for Ascarelli Lopez

DATE: February ___, 2013

______________________________

BENJAMIN L. COLEMAN
Attorney for Daniel Enriquez Millan-Aispuro

DATE: March _6__, 2013

Janice Deaton

JANICE M. DEATON
Attorney for Raymond Lopez

DATE: February ___, 2013

______________________________

AMY F. KIMPEL
Attorney for Adolfo Siordia

DATE: February ___, 2013

______________________________

STEVEN E. FELDMAN
Attorney for Nicholas Oliveri

DATE: February ___, 2013

______________________________

BRIAN P. FUNK
Attorney for Laura Millan

DATE: February ___, 2013

______________________________

PATRICK Q. HALL
Attorney for William Kilmer

DATE: February ___, 2013

______________________________

GREGORY D. OBENAUER
Attorney for Pedro Millan

//

DATE: February 25, 2013

FRANCISCO J. SANCHEZ, JR.
Attorney for Carlos Contreras Sanchez

DATE: February 25, 2013

THOMAS S. SIMS
Attorney for Princeton Beon Franks

DATE: February 25, 2013

KENNETH J. TROIANO
Attorney for Gilberto Lamas

DATE: February 28, 2013

JEREMY WARREN
Attorney for Eduardo Sanchez

DATE: February ___, 2013

_______________________________
FRANCISCO J. SANCHEZ, JR.
Attorney for Carlos Contreras Sanchez

DATE: February ___, 2013

_______________________________
THOMAS S. SIMS
Attorney for Princeton Beon Franks

DATE: February ___, 2013

_______________________________
KENNETH J. TROIANO
Attorney for Gilberto Lamas

DATE: February ___, 2013

_______________________________
JEREMY WARREN
Attorney for Eduardo Sanchez

DATE: March 14, 2013

_______________________________
STACIE PATTERSON
Attorney for James Cheevers